

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00077-CV

| | | |
|---|---|---|
| Brandon Kyle Sherrill | § | From the 233rd District Court |
| | § | of Tarrant County (233-542854-13) |
| v. | | |
| | § | February 12, 2015 |
| Toni Ann Sherrill | § | Opinion by Justice Walker |

## JUDGMENT ON REHEARING

After reviewing Appellant Brandon Kyle Sherrill's motion for rehearing, we grant the motion. We withdraw our October 30, 2014 opinion and judgment and substitute the following.

This court has again considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We affirm that portion of the trial court's judgment granting the divorce. We reverse that portion of the trial court's judgment on the division of property and remand this case to the trial court for a new trial on the division of property.

It is further ordered that all parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By  /s/ Sue Walker_____
       Justice Sue Walker